IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JARRIELL S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:24-cv-305-JTA |
| | ) |
| MARTIN J. O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Before the Court is Commissioner's unopposed Motion for Extension of Time to File Reply Brief (Doc. No. 16)[1] and the Commissioner's amended Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17). The Commissioner requests a remand for the administrative law judge to offer Plaintiff an opportunity for a supplemental hearing and a new decision. (Doc. No. 17 at 1.)

Sentence four of 42 U.S.C. § 405(g) authorizes the district court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The district court may remand a case to the Commissioner for a rehearing if the court finds "either . . . the decision is not supported by substantial

---

[1] Though titled as a motion for extension of time, the Motion for Extension of Time to File Reply Brief (Doc. No. 16) requests remand. Thus, the Motion for Extension of Time (Doc. No. 16) is mooted by the amended Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17).

evidence, or . . . the Commissioner or the ALJ incorrectly applied the law relevant to the disability claim." *Jackson v. Chater*, 99 F.3d 1086, 1092 (11th Cir. 1996).

Here, the Court finds remand necessary as the Commissioner concedes that further administrative action is in order. Moreover, Plaintiff does not oppose the motion. (Doc. No. 17 at 1.) Further, pursuant to 28 U.S.C. § 636(c)(1) and Rule 73 of the Federal Rules of Civil Procedure, the parties have consented to the full jurisdiction of the undersigned United States Magistrate Judge. (Docs. No. 11, 12.)

Accordingly, it is hereby ORDERED as follows:

1. The Commissioner's unopposed Motion for Extension of Time to File Reply Brief (Doc. No. 16) is DENIED as moot.

2. The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) is GRANTED.

3. The decision of the Commissioner is hereby REVERSED.

4. This matter is hereby REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

A separate judgment will issue.

DONE this 12th day of November, 2024.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE